1  Jeffery J. Carlson (State Bar No. 60752)
   carlsonj@cmtlaw.com
2  Robert D. Berglund (State Bar No. 234081)
   berglunr@cmtlaw.com
3  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
4  Los Angeles, California 90045
   (310) 242-2200 Telephone
5  (310) 242-2222 Facsimile

6  Attorneys for Defendant,
   BUREAU OF COLLECTION
7  RECOVERY, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| SHESHAUNTI MARCEE, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 09-cv-06854-SS |
| v. | ) | **NOTICE OF SETTLEMENT OF THE ENTIRE ACTION, WITH PREJUDICE** |
| BUREAU OF COLLECTION RECOVERY, LLC, | ) | |
| Defendant. | ) | |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that all parties in the above-entitled lawsuit have agreed to settle the above-entitled lawsuit in its entirety. The parties anticipate that they will complete the settlement, and that the parties will file a Request for Dismissal of the entire lawsuit, with prejudice, within 45 days from the date of this

///

///

1

1  Notice. The parties request that the Court take off calendar all future calendared
2  dates.
3
4  DATED: October 27, 2009          CARLSON & MESSER LLP

5                                  By   /s/ Robert D. Berglund
                                    Jeffery J. Carlson
6                                   Robert D. Berglund
                                    Attorneys for Defendant,
7                                   BUREAU OF COLLECTION
                                    RECOVERY, LLC
8
9
10 DATED: October 27, 2009          LAW OFFICES OF TODD M. FRIEDMAN
11
12                                  By   /s/ Todd M. Friedman
                                    Todd M. Friedman
13                                  Attorneys for Plaintiff,
                                    SHESHAUNTI MARCEE
14

---

2

06078.00/158646                    NOTICE OF SETTLEMENT