JS-6

**FILED**
CLERK, U.S. DISTRICT COURT
NOV 23 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| SHESHAUNTI MARCEE,<br><br>    Plaintiff,<br><br>vs.<br><br>BUREAU OF COLLECTION RECOVERY, LLC,<br><br>    Defendant. | CASE NO. 09-cv-06854-SS<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed.R. Civ. P. (41(a)(1), the above-referenced matter is hereby dismissed with prejudice.

**IT IS SO ORDERED**.

DATED: 11/23/09

_____
The Honorable Judge
Suzanne H. Segal
United States Magistrate Judge